**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LISA KABULA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CEPTON, INC., JUN PEI, DONG CHANG, and MITCHELL HOURTIENNE,<br><br>Defendants. | No. 4:25-cv-08571-YGR<br><br>**CLASS ACTION**<br><br>**~~[PROPOSED]~~ ORDER GRANTING CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVING SELECTION OF LEAD COUNSEL** |

| | |
|---|---|
| YUEQIANG WANG and TRANQUIL STAR HOLDINGS, INC., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>CEPTON, INC., JUN PEI, DONG CHANG, MITCHELL HOURTIENNE, JUN YE, GEORGE SYLLANTAVOS, MEI WANG, XIAOGANG ZHANG, TAKAHITO OTAKE, HIDEHARU KONAGAYA, TAKAYUKI KATSUDA, and CRAIG-HALLUM CAPITAL GROUP LLC,<br><br>Defendants. | No. 4:25-cv-10386-YGR |

Upon consideration of (1) the Motion of Yueqiang Wang, Tranquil Star Holdings, Inc., and James Ding (collectively, the "Cepton Investors") for consolidation, appointment as Lead Plaintiff, and approval of their selection of Lead Counsel; (2) the Memorandum of Points and Authorities in support thereof; (3) the Declaration of David R. Kaplan with exhibits submitted in support thereof; and (4) all other pleadings and arguments submitted to this Court, and for good cause shown,

**IT IS HEREBY ORDERED THAT:**

1. The Cepton Investors' motion is **GRANTED**.

2. In accordance with Rule 42(a) of the Federal Rules of Civil Procedure, the above-captioned, related actions and any subsequently filed, removed, or transferred actions that are related to the claims asserted in the above-captioned actions, are **CONSOLIDATED** for all purposes.

3. The Cepton Investors are **APPOINTED** to serve as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, in the Consolidated Action.

4. The Cepton Investors' selection of Lead Counsel is **APPROVED**. Saxena White P.A. and Monteverde & Associates PC are **APPOINTED** to serve as Lead Counsel for the Class.

**IT IS SO ORDERED.**

Lead Counsel shall file a consolidated amended complaint, if any, by January 23, 2026. This terminates Dkt. Nos. 11 and14 and closes Kabula case (No. 4:25-cv-8571.)

DATED: December 24, 2025

HONORABLE YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE